**Order entered May 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00271-CV

**WEH-SLMP INVESTMENTS, LLC, WEHII-SRPOII INVESTMENTS, LLC, AND WRANGLER ENERGY HOLDINGS II, LLC, Appellants**

**V.**

**WRANGLER ENERGY II, LLC D/B/A: (I) WRANGLER II ENERGY AND (II) WRANGLER ENERGY II HOLDINGS, LLC, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08087**

## ORDER

Before the Court is appellants' May 13, 2019 unopposed motion to extend time to file brief. We **GRANT** the motion and **ORDER** appellants' opening brief be filed no later than June 24, 2019.

/s/     BILL WHITEHILL
JUSTICE